# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WELSH, , James G. | WDVa | 5/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (part-time) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

116 N. Main Street
Harrisonburg, VA 22802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | secretary, shareholder, Virginia Registered Agent (see part VIII, note 1.1) | P. Stadler & Sons Company |
| 2. | member (see part VIII, note 1.2) | Livia Properties II, LC |
| 3. | custodial accout for minor (see part VIII, note 1.3) | Strong-Wells Fargo Fund |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Livia Properties II, LC operating agreement (see part VIII, note II.1) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commonwealth of Virginia, Judicial Review & Inquiry Commission | misc. | Richmond, VA | ▆ meetings | travel, lodging and meals |
| 2. | U. S. Courts | misc. | misc. | court-related | cell phone, travel, lodging and milage reimbuarsement |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Home Town Bank | rental property loan | P1 |
| 2. | Community Bank | rental property-related loans | K |
| 3. | Community Bank | personal loan (credit line) | J |
| 4. | BB&T | real estate loan | N |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Laytonsville Nursury Corp. (see part VIII, note Vii.1) | | None | K | W | | | | | |
| 2. P. Stadler & Sonns, Co. (see part VIII, note VII.2 | | None | J | U | | | | | |
| 3. Livia Properties II, LC (see part VIII note VII.3) | G | Rent | P2 | W | | | | | |
| 4. Community Bank | A | Interest | J | T | | | | | |
| 5. Fidelity (core cash account) | A | Interest | J | T | Distributed (part) | 12/15/11 | J | | inter account transfer |
| 6. AXP Annuity | C | Interest | L | T | | | | | |
| 7. Lutheran Brotherhood Life Ins. #1 | A | Dividend | J | T | | | | | |
| 8. Lutheran Brothernood Life Ins #2 | A | Dividend | K | T | | | | | |
| 9. Fidelity Advisors Int'l Discovery CL 1 (FIADX) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 10. Fidelity Diversified. Int'l (FDIVX) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 11. Fidelity RE Invest (FRESX) | A | Dividend | J | T | Buy | 03/22/11 | J | | |
| 12. (same) | | | | | Sold (part) | 09/28/11 | J | A | |
| 13. Fidelity Growth Co (FDGRX) | A | Dividend | J | T | Sold (part) | 01/18/11 | J | A | |
| 14. Fidelity Value (FDVLX) | A | Dividend | J | T | Sold (part) | 01/18/11 | J | A | |
| 15. (same) | | | | | Sold (part) | 12/02/11 | J | A | |
| 16. Aston T Small Cap (ATASX) | | None | J | T | Buy | 09/28/11 | J | | |
| 17. Acadian Emerg. Markets (AEMGX) | A | Dividend | J | T | Buy | 09/28/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wm Blair Int'l Growth (WBIGX) | | None | | | Sold | 03/22/11 | J | A | |
| 19. (same) | | | J | T | Buy | 09/28/11 | J | | |
| 20. Causeway Intl Value Investor (CIVVX | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 21. Credit Suisse (CRSOX) | | None | J | T | Buy | 09/28/11 | J | | |
| 22. EV Parametric (EAEMX) | A | Dividend | J | T | Buy | 10/29/11 | J | | |
| 23. Harbor Int'l Admin (HRIX) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 24. Oakmark (OAKMX) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 25. JP Morgan US Equity (JUESX) | A | Dividend | J | T | Buy | 03/22/11 | J | | |
| 26. (same) | | | | | Sold (part) | 12/13/11 | J | | |
| 27. MRS Research Intl (MRSAX) | A | Dividend | J | T | Buy | 09/29/11 | J | | |
| 28. Morgan Stanley Glob. RE (MRLBX) | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 29. Northern Small Cap Value (NOSGX) | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 30. Pru Jennison Mid Cap (PEEAX) | A | Dividend | J | T | Buy | 01/14/11 | J | | |
| 31. RS Small Cap Growth (RSEGX) | | None | J | T | Buy | 01/14/11 | J | | |
| 32. CRM Mid Cap (CRMMX) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 33. Fidelith Muni Income (FHIGX) | A | Dividend | K | T | Buy | 01/14/11 | K | | |
| 34. DWS Managed Muni Bond (SCMBX) | A | Dividend | K | T | Buy | 01/14/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Va Muni Bond (MSVAX) | A | Dividend | J | T | | | | | |
| 36. Nuveen Va Muni Bond (FVATX) | A | Dividend | K | T | Buy | 01/14/11 | K | | |
| 37. Oppenheimer Intl Bond Fund (OIBYX) | A | Dividend | J | T | Buy | 07/25/11 | J | | |
| 38. T Rowe Peice High Yield Adv (PAHIX) | A | Dividend | J | T | | | | | |
| 39. T Rowe Price Tax Free Short Intl (PRFSX) | A | Dividend | J | T | | | | | |
| 40. MO | A | Dividend | J | T | | | | | |
| 41. CSX | A | Dividend | J | T | | | | | |
| 42. XON | A | Dividend | J | T | Sold (part) | 01/20/11 | J | A | |
| 43. Ishares TR Russell 1000 Value (IWD) | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 44. Ishares TR Tussell 1000 Growth Index (IWF) | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 45. VAC | | None | J | T | Spinoff (from line 46) | 11/22/11 | J | | |
| 46. MAR | A | Dividend | J | T | | | | | |
| 47. PEP | A | Dividend | J | T | | | | | |
| 48. PM | A | Dividend | J | T | | | | | |
| 49. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 50. MMM | A | Dividend | J | T | | | | | |
| 51. YUM | A | Dividend | J | T | Sold (part) | 01/20/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Intl Cap Apprec (FIVFX | A | Dividend | | | Sold | 09/28/11 | J | A | |
| 53. Fidelity Advisor New Insights (FINSX) | | None | J | T | Buy | 07/26/11 | J | | |
| 54. (same) | | | | | Sold | 09/28/11 | J | A | |
| 55. Fidelity Dividend Growth (FDGFX) | A | Dividend | J | T | Buy (add'l) | 01/18/11 | J | | |
| 56. (same) | | | | | Buy (add'l) | 07/26/11 | J | | |
| 57. (same) | | | | | Sold | 09/28/11 | J | A | |
| 58. Fidelity Small Cap Value (FCPVX) | | None | | | Sold | 09/28/11 | J | A | |
| 59. Artisan Intl Value (ARTIX) | | None | | | Sold | 09/28/11 | J | A | |
| 60. Dodge & Cox (DODGX) | A | Dividend | | | Buy | 07/26/11 | J | | |
| 61. (same) | | | | | Sold | 09/28/11 | J | A | |
| 62. Fidelity High Income (SPHIX) | A | Dividend | | | Sold | 09/28/11 | J | A | |
| 63. Fidelity Inflation Protection | A | Dividend | | | Buy | 01/19/11 | J | | |
| 64. (same) | | | | | Sold | 05/23/11 | J | A | |
| 65. Oakmark Intl (OAKIX) | | None | | | Sold | 09/28/11 | J | A | |
| 66. Ishares TR Russell midcap index (IWR) | A | Dividend | | | Sold | 09/28/11 | J | A | |
| 67. JCI | A | Dividend | | | Sold | 01/20/11 | J | A | |
| 68. Lazard Emerging Mkts (LZEOX) | | None | | | Sold | 03/22/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Intl Diversifidcawtion (MDIMX) | | None | | | Sold | 09/28/11 | J | A | |
| 70. MON | A | Dividend | | | Sold | 03/24/11 | J | A | |
| 71. Manning & Napier World Opp. | A | Dividend | | | Sold | 09/28/11 | J | A | |
| 72. Morgan Stanley Mid Cap (MPEGX) | | None | | | Buy | 09/28/11 | J | | |
| 73. (same) | | | | | Sold | 12/13/11 | J | A | |
| 74. Fidelity Money Market (FTEXX) | A | Interest | J | T | | | | | |
| 75. Fimm mmkt Port (FNSXX) | A | Dividend | K | T | | | | | |
| 76. Fidelity Intl Cap Appreciaztion (FIVFX) | | None | | | Sold | 09/28/11 | J | A | |
| 77. Fidelity Advisor New Insights (FINSX) | | None | | | Buy | 07/26/11 | J | | |
| 78. (same) | | | | | Sold | 09/28/11 | J | A | |
| 79. Thornberg Intl Value (TGVAX) | A | Dividend | | | Buy | 01/18/11 | J | | |
| 80. (same) | | | | | Sold | 09/28/11 | J | A | |
| 81. Strategic Adevisors Core (FCSAX) | A | Dividend | K | T | Sold (part) | 03/03/11 | J | A | |
| 82. (same) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 83. (same) | | | | | Sold (part) | 09/14/11 | J | A | |
| 84. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 85. (same) | | | | | Sold (part) | 12/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Strategic Advisors Growth Fund (FSGFX) | A | Dividend | K | T | Buy (add'l) | 08/10/11 | J | | |
| 87. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 88. (same) | | | | | Sold (part) | 12/07/11 | J | A | |
| 89. Straegic Advisors Value (FVSAX | A | Dividend | K | T | Sold (part) | 03/03/11 | J | A | |
| 90. (same) | | | | | Sold (part) | 09/14/11 | J | A | |
| 91. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 92. (same) | | | | | Sold (part) | 12/07/11 | J | A | |
| 93. Strategic Advisors Emerg Mkts (FSAMX) | A | Dividend | J | T | Buy (add'l) | 03/03/11 | J | | |
| 94. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 95. Strategic Advisors US Opportunity (FUSOX) | A | Dividend | J | T | Sold (part) | 05/12/11 | J | A | |
| 96. (same) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 97. (same) | | | | | Sold (part) | 08/14/11 | J | A | |
| 98. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 99. Strategic Advisors Sml-Mid Cap (FSCFX) | A | Dividend | J | T | Sold (part) | 03/03/11 | J | A | |
| 100. (same) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 101. (same) | | | | | Sold (part) | 09/14/11 | J | A | |
| 102. (same) | | | | | Sold (part) | 12/01/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Strategic Advisors Int'l (FILFX) | A | Dividend | K | T | Sold (part) | 03/03/11 | J | A | |
| 104. (same) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 105. (same) | | | | | Buy (add'l) | 09/14/11 | J | | |
| 106. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 107. (same) | | | | | Sold (part) | 12/07/11 | J | A | |
| 108. Fidelity Advisors Select Gold (FSAGX) | | None | J | T | Sold (part) | 12/01/11 | J | A | |
| 109. (same) | | | | | Buy (add'l) | 12/07/11 | J | | |
| 110. Merger Fund (MERFX) | | None | J | T | Buy (add'l) | 05/12/11 | J | | |
| 111. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 112. Fidelity Cap & Income (FAGIX) | A | Dividend | J | T | Sold (part) | 03/03/11 | J | A | |
| 113. (same) | | | | | Sold (part) | 05/12/11 | J | A | |
| 114. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 115. Fidelity Short Term Bond (FSHBX) | A | Dividend | J | T | Sold (part) | 03/03/11 | J | A | |
| 116. (same) | | | | | Sold (part) | 08/10/11 | J | A | |
| 117. (same) | | | | | Buy (add'l) | 09/14/11 | J | | |
| 118. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 119. Fidelity GMNA (FGMNX) | A | Dividend | J | T | Buy (add'l) | 03/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. (same) | | | | | Sold (part) | 08/10/11 | J | A | |
| 121. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 122. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | Sold (part) | 08/10/11 | J | A | |
| 123. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 124. Strategic Advisors Income Oppty (FPIOX) | B | Dividend | J | T | Buy (add'l) | 03/03/11 | J | | |
| 125. (same) | | | | | Buy (add'l) | 05/12/11 | J | | |
| 126. (same) | | | | | Buy (add'l) | 05/13/11 | J | | |
| 127. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 128. (same) | | | | | Buy (add'l) | 12/07/11 | J | | |
| 129. Strategic Advisors Core Income (FPCIX) | B | Dividend | K | T | Buy (add'l) | 03/03/11 | J | | |
| 130. (same) | | | | | Buy (add'l) | 03/04/11 | J | | |
| 131. (same) | | | | | Buy (add'l) | 05/12/11 | J | | |
| 132. (same) | | | | | Sold (part) | 08/10/11 | J | A | |
| 133. (same) | | | | | Buy (add'l) | 09/14/11 | J | | |
| 134. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 135. (same) | | | | | Buy (add'l) | 12/07/11 | J | | |
| 136. Pimco Total Return (PTRAX) | A | Dividend | J | T | Buy (add'l) | 03/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. (same) | | | | | Sold (part) | 05/12/11 | J | A | |
| 138. (same) | | | | | Sold (part) | 08/10/11 | J | A | |
| 139. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 140. (same) | | | | | Buy (add'l) | 12/07/11 | J | | |
| 141. Pimco Short Term Admin (PSFAX) | A | Dividend | J | T | Sold (part) | 03/03/11 | J | A | |
| 142. (same) | | | | | Sold (part) | 08/10/11 | J | A | |
| 143. (same) | | | | | Sold (part) | 12/01/11 | J | A | |
| 144. Pimco Comm. Real Return (PCRRX) | A | Dividend | J | T | Sold (part) | 12/01/11 | J | A | |
| 145. Templeton Global Bond (TPINX) | A | Dividend | J | T | Sold (part) | 12/01/11 | J | A | |
| 146. Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 147. Fimm Mrkt Port (FNSXX) | A | Dividend | J | T | Sold (part) | 12/01/11 | J | A | |
| 148. (same) | D | Distribution | | | Distributed (part) | 12/05/11 | J | | |
| 149. Fidelity Investment Grade (FBNDX) | A | Dividend | | | Sold | 03/03/11 | J | A | |
| 150. T Towe Price Hugh Yield Advisor (PAHIX)i | A | Dividend | | | Sold | 05/12/11 | J | A | |
| 151. RSEGX | | | | | Sold | 09/27/11 | J | A | |
| 152. (same) | | | | | Buy | 12/07/11 | J | | |
| 153. MOT | | | | | Sold | 10/28/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. RF | | | | | Sold | 10/28/11 | J | A | |
| 155. AEGFX | | | | | Sold | 09/27/11 | J | A | |
| 156. EAEMX --- see line 22 | | | | | | | | | |
| 157. EATVX | | | | | Sold | 09/27/11 | J | A | |
| 158. PAIBX | | | | | Sold | 01/14/11 | J | A | |
| 159. (same) | | | | | Buy | 09/27/11 | J | | |
| 160. (same) | | | | | Sold | 12/12/11 | J | A | |
| 161. PARRX | | | | | Sold | 01/14/11 | J | A | |
| 162. PATAX | A | Interest | | | Sold | 01/14/11 | K | A | |
| 163. (same) | | | | | Buy | 11/14/11 | K | | |
| 164. (same) | | | | | Sold | 12/12/11 | K | A | |
| 165. PHYAX | | | | | Sold (part) | 03/21/11 | J | A | |
| 166. (same) | | | | | Sold | 09/27/11 | J | A | |
| 167. PRVAX | | | | | Sold | 01/14/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WELSH, , James G. | 5/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.1 A closely held business operated in DC metro area. Pursuant to long-standing agreement, the holders of voting shares (of which the undersigned is one), the redemption value of each voting share has been conclusively established at a set dollar amount.

I.2 This is a closely held warehluse and industrial facility located in the Staunton, Virginia area. The undersigned is not involved in the management or operation of the site and owns a passive minority interest.

I.3 This is a small custodial account maintained for

II.1 See note I.2

VII.1 Laytonsville Nursery Corp. is a closely held private company. Its sole asset is a parcel of real estate situate in Montgomery County, MD and leased in part to P. Stadler & Sons Co. Without any discount either for the undersigned's minority interest or the limitations on transferability, the undersigned's minority interest has been valued based on the current assessed value of the real estate.

VII.2 See note I.1

VII.3 See note I.2. Valuation is based on the 2010 assessed value of the real estate and improvements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James G. WELSH,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544